IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3038 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JOEL L. WITT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by defendant's appointed counsel, Shannon P. O'Connor and the Office of the Federal Public Defender, (filing no. 20), is granted. The clerk shall delete Mr. O'Connor from any future ECF notifications herein.

2) Defendant's newly retained counsel, Martin Cannon, Jr., shall serve a copy of this order on the defendant.

DATED this 6th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge