IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3038 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JOEL L. WITT, | ) | |
| | ) | |
| Defendant. | ) | |

At the hearing previously held on July 8, 2011, the court advised defense counsel to file a brief addressing the government's "purge the taint" arguments. The government argues that even assuming the defendant's Fourth Amendment rights were violated, his later statements are nonetheless admissible because he voluntarily provided the statements after being advised of his Miranda rights, and the causal connection between any Fourth Amendment violation and the statements is too attenuated to justify excluding the statements.

The court wants to review the defendant's additional briefing before the July 27, 2011 conclusion of the evidentiary hearing. Accordingly,

IT IS ORDERED that the defendant's supplemental brief in support of his motion to suppress, specifically to include any response to the government's "purge the taint" arguments, shall be filed on or before July 22, 2011.

DATED this 14th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge