IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOEL L. WITT,

Defendant.

4:11CR3038

ORDER TO WITHDRAW EXHIBITS
OR TO SHOW CAUSE WHY EXHIBITS
SHOULD NOT BE DESTROYED

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for government shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

All exhibits from suppression hearing held 7/8 and 27/2011

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 23rd day of September, 2013.

BY THE COURT:

Warren K. Urbom
United States Senior District Court